## 70320. PATTERSON v. AMERICAN MOTORISTS INSURANCE COMPANY.
### (335 SE2d 721)

Pope, Judge.

Did the trial court commit reversible error granting appellee insurer's motion for summary judgment on the ground that the pertinent portion of the application for insurance in this case (set forth in the Appendix to this opinion) substantially complied with the applicable provisions of the Georgia Motor Vehicle Accident Reparations Act (OCGA § 33-34-5) pertaining to applications prior to November 1, 1982? We find no error. Accord *St. Paul Fire &c. Ins. Co. v. Nixon*, 252 Ga. 469 (314 SE2d 215) (1984); *Chaney v. Ga. Mut. Ins. Co.*, 174 Ga. App. 734 (331 SE2d 78) (1985); *Phoenix Ins. Co. v. Womack*, 174 Ga. App. 140 (329 SE2d 282) (1985); *Reed v. Ga. Farm Bureau Mut. Ins. Co.*, 171 Ga. App. 126 (318 SE2d 746) (1984).[1] See also Appendix II, *Atlanta Cas. Co. v. Flewellen*, 164 Ga. App. 885, 894 (300 SE2d 166) (1982).

*Judgment affirmed. Deen, P. J., and Beasley, J., concur.*

---

[1] See Appendices to *Associated Indem. Corp. v. Sermons*, 175 Ga. App. 513 (333 SE2d 902) (1985), for reproductions of the forms in these cases.

**SUPPLEMENTAL · APPLICATION — GEORGIA**
**(NO-FAULT · AUTOMOBILE INSURANCE)**

Name of Applicant _Daniel Steven Patterson_
Address _2011 Abutment Rd._
City, State, Zip _Dalton, Ga. 30720_

| Producer Name and Code |
| --- |
| _Pruden Insurance_ |

The Georgia Motor Vehicle Reparations Act requires that these options be made available to you for acceptance or rejection:

## OFFER TO PURCHASE ADDITIONAL INSURANCE

Please show your acceptance or rejection of these coverages by checking the appropriate box.

ACCEPT   REJECT
☐          ☒        Additional Personal Injury Protection. If accepted, please show the total aggregate limit you wish:

☐ $10,000          ☐ $25,000          ☐ $50,000

The following options cover physical damage to your car.

ACCEPT   REJECT
☐          ☒        Collision Insurance. If accepted, please show whether you wish full coverage or a deductible amount.          ☐ Full coverage          ☐ $50 deductible          ☐ $100 deductible

☐          ☒        Comprehensive Insurance.

☐          ☒        Loss of Use Insurance. (Only available on private passenger autos owned by individuals.)

I wish my acceptance of Collision, Comprehensive or Loss of Use insurance to be applied to the following automobiles: (indicate by ☒)

| CAR NO. | COLLISION | COMPREHENSIVE | LOSS OF USE |
| --- | --- | --- | --- |
| 1. | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ |
| 4. | ☐ | ☐ | ☐ |

X ...._Daniel Patterson_....
........ SIGNATURE OF APPLICANT ........

_12/6/76_
........ DATE

AK 1810  4-76  20M

PRINTED IN U.S.A.

APPENDIX

X

DECIDED SEPTEMBER 26, 1985 —
REHEARING DENIED DECEMBER 4, 1985 —

*R. Leslie Waycaster, Jr.*, for appellant.
*Robert M. Darroch*, for appellee.